tion for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. A. W. Richter* for petitioners. *Mr. James Ward Rector,* Deputy Attorney General of Wisconsin, for the Wisconsin Employment Relations Board; and *Mr. Walter H. Bender* for Nicholas Imp et al.,—respondents.

No. 357. MARINE ENGINEERS' BENEFICIAL ASSN. LOCAL No. 33 *v.* NATIONAL LABOR RELATIONS BOARD. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur F. Driscoll* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 358. COSGROVE-MEEHAN COAL CORP. ET AL. *v.* ANGLAND ET AL. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. H. Foulk* for petitioners. *Solicitor General Fahy* and *Messrs. Alvin J. Rockwell, John F. Davis,* and *Louis Loss* for the Securities & Exchange Commission; and *Mr. Vincent P. McDevitt* for Maurice P. Angland,—respondents.

No. 364. RICHARDSON ET AL., EXECUTORS, ET AL. *v.* KING ET AL. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Lee McCanliss* and *B. S. Womble* for petitioners. *Mr. A. L. Brooks* for respondents.

No. 365. METROPOLITAN LIFE INSURANCE Co. *v.* ETTELSON ET AL. October 25, 1943. Petition for writ of